UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINGBO QINGE E-COMMERCE CO., LTD,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　　　　-v.-<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　　　　Defendants. | 22 Civ. 6469 (KPF)<br><br>**PRELIMINARY INJUNCTION ORDER** |

# GLOSSARY

| Term | Definition |
|---|---|
| **Counterfeit Products** | Unauthorized and unlicensed products using infringing and/or counterfeit versions of the GAOARA Mark |
| **Defendants' Assets** | Any and all money, securities, or other property or assets of Defendants (whether said assets are located in the U.S. or abroad) |
| **Defendants' Financial Accounts** | Any and all financial accounts associated with or utilized by any Defendants or any Defendants' User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) |
| **Financial Institutions** | Any banks, financial institutions, credit card companies, and payment processing agencies, such as Wish, Google Pay, PayPal, Inc., Payoneer, Inc., PingPong Global Solutions, Inc., and other companies or agencies that engage in the processing or transfer of money and/or real or personal property of Defendants |
| **GAOARA Mark** | Plaintiff's federally registered trademark, namely, U.S. Trademark Registration No. 6,389,174 for "GAOARA" for goods in Class 25 |
| **Merchant Storefronts** | Any and all User Accounts through which Defendants, their respective officers, employees, agents, servants, and all persons in active concert or participation with any of them operate fully interactive e-commerce merchant storefronts using false names and/or seller aliases, as identified in Schedule A to the Complaint, via Third-Party Service Providers to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell, and/or otherwise deal in Counterfeit Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants, and all persons in active concert or participation with any of them |
| **Third-Party Service Providers** | Online marketplace platforms, including without limitation those owned and operated, directly or indirectly, by Wish as well as any as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants, and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, offer for sale, sell, and/or otherwise deal in Counterfeit Products which are later identified as a result of any order entered in this action or otherwise |
| **User Accounts** | Any and all seller and/or merchant accounts on any online marketplace platforms, such as Wish and including any as |

|  | |
|---|---|
|  | yet undiscovered seller accounts on other online marketplaces, held by, operated by, or associated with Defendants, their respective officers, employees, agents, servants, and all persons in active concert or participation with any of them |
| **Wish** | Wish.com, a San Francisco-based, online marketplace and e-commerce platform owned by ContextLogic, Inc., a Delaware corporation, that allows merchants, like Defendants, to advertise, distribute, offer for sale, sell, and ship their retail products, which, upon information and belief, primarily originate from China, directly to consumers worldwide and specifically to consumers residing in the U.S., including New York. |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**[1]

On September 22, 2022, this Court granted Plaintiff's *ex parte* motion for, *inter alia*, a temporary restraining order ("the TRO"), which ordered Defendants to appear before the Court on October 6, 2022, at 4:30 p.m. to show cause as to why a preliminary injunction should not issue (the "OSC Hearing") (Dkt. #15). On October 4, 2022, this Court granted Plaintiff's *ex parte* letter motion to, *inter alia*, extend the TRO and adjourn the OSC Hearing to October 28, 2022, at 11:00 a.m. (the "October 4, 2022 Order") (Dkt. #18). On October 7, 2022, Plaintiff served Defendants with the Summons, Complaint, TRO, the October 4, 2022 Order, and other relevant documents pursuant to the alternative methods of service authorized by the TRO(*See* Dkt. #20). On October 28, 2022, Plaintiff appeared at the OSC Hearing, but no Defendant appeared at the OSC Hearing or filed opposition papers prior to such hearing.

Accordingly, this Court finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing such preliminary injunction is warranted under Federal Rule of Civil Procedure 65 and the Lanham Act. Evidence submitted in support of Plaintiff's previously-granted TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted. Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because: (1) the GAOARA

---

[1] Where a capitalized term is used herein but is not otherwise defined, such term should be understood as it is defined in the Glossary.

Mark is valid, subsisting and in full force and effect, and Plaintiff is the exclusive owner of said mark; (2) Defendants are not licensed or authorized to use the GAOARA Mark; and (3) Defendants' use of the GAOARA Mark is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff.  Furthermore, Defendants' continued and unauthorized use of the GAOARA Mark has caused and continues to cause Plaintiff irreparable harm through diminished goodwill, damage to Plaintiff's reputation, and/or lost sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law.  Moreover, public interest is served by entry of this preliminary injunction by way of dispelling any public confusion created by Defendants' actions, preventing the public from being defrauded or deceived by Defendants' offer and/or sale of Counterfeit Products, and by protecting Plaintiff's interests in and to its GAOARA Mark.

**ORDER**

IT IS HEREBY ORDERED THAT:

1. The injunctive relief previously granted in the TRO shall remain in place throughout the pendency of this litigation as to all Defendants, and that issuing this Order is warranted under Federal Rule of Civil Procedure 65 and Section 34 of the Lanham Act.

2. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them are enjoined and restrained from engaging in any of

the following acts or omissions pending the final hearing and determination of this action or until further order of the Court:

a. manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling, and/or otherwise dealing in Counterfeit Products, or any other products bearing the GAOARA Mark, and/or marks that are confusingly similar to, identical to, and constitute a counterfeiting or infringement of the GAOARA Mark;

b. directly or indirectly infringing in any manner on the GAOARA Mark;

c. using any reproduction, counterfeit, copy, or colorable imitation of the GAOARA Mark to identify any goods or services not authorized by Plaintiff;

d. using the GAOARA Mark and/or any other marks that are confusingly similar to the GAOARA Mark on or in connection with Defendants' manufacturing, importing, exporting, advertising, marketing, promoting, distributing, offering for sale, selling, and/or otherwise dealing in Counterfeit Products;

e. using any false designation of origin or false description or engaging in any action which is likely to cause confusion, cause mistake, and/or to deceive members of the trade, and/or the public as to the affiliation, connection, or association of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale, or sold by Defendants with Plaintiff, and/or as to the origin, sponsorship, or approval of any product manufactured, imported, exported, advertised,

marketed, promoted, distributed, displayed, offered for sale, or sold by Defendants and Defendants' commercial activities and Plaintiff;

f. secreting, concealing, destroying, altering, selling off, transferring, or otherwise disposing of and/or dealing with: (i) Counterfeit Products and/or (ii) any computer files, data, business records, documents or any other records or evidence relating to their User Accounts, Merchant Storefronts, or Defendants' Assets and the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale, and/or sale of Counterfeit Products;

g. effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Account, Merchant Storefront, or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale, and/or sale of Counterfeit Products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order; and

h. knowingly instructing any other person or business entity to engage in any of the activities referred to in subparagraphs 2(a) through 2(g) above and subparagraphs 3(a) through 3(b) and 4(a) through 4(b) below.

3. Third-Party Service Providers and Financial Institutions are hereby restrained and enjoined from engaging in any of the following acts or omissions pending the final hearing and determination of this action or until further order of the Court:

  a. secreting, concealing, transferring, disposing of, withdrawing, encumbering, or paying Defendants' Assets from or to Defendants' Financial Accounts;

  b. secreting, concealing, destroying, altering, selling off, transferring, or otherwise disposing of and/or dealing with any computer files, data, business records, documents or any other records or evidence relating to Defendants' Assets and Defendants' Financial Accounts; and

  c. knowingly instructing, aiding, or abetting any person or business entity in engaging in any of the activities referred to in subparagraphs 2(a) through 2(g) and 3(a) through 3(b) above.

4.  Third-Party Service Providers are hereby restrained and enjoined from engaging in any of the following acts or omissions pending the final hearing and determination of this action or until further order of the Court:

  a. Providing services to Defendants, Defendants' User Accounts and Defendants' Merchant Storefronts, including, without limitation, continued operation of Defendants' User Accounts and Merchant Storefronts;

  b. secreting, concealing, destroying, altering, selling off, transferring, or otherwise disposing of and/or dealing with any computer files, data, business records, documents or any other records or evidence relating to the Defendants' User Accounts, Merchant Storefronts, Defendants' Assets and the manufacture, importation, exportation, advertising, marketing,

5

promotion, distribution, display, offering for sale and/or sale of Counterfeit Products; and

c. knowingly instructing, aiding, or abetting any other person or business entity in engaging in any of the activities referred to in subparagraphs 2(a) through 2(g) above, 3(a) through 3(b) above, and 4(a) to 4(b) above.

5. The asset restraint granted in the TRO shall remain in place throughout the pendency of this litigation, including that within ten (10) days of receipt of notice of this Order, any newly discovered Financial Institutions that are served with this Order shall locate and attach Defendants' Financial Accounts and Defendants' Assets, shall provide Plaintiff's counsel with written confirmation of such attachment along with a summary report containing account details for any and all such accounts, which shall, at a minimum, include (i) identifying information for Defendants and Defendants' User Accounts; (ii) contact information for Defendants (including all mailing addresses and email addresses); (iii) account numbers; and (iv) account balances for any and all of Defendants' Financial Accounts.

6. The expedited discovery previously granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. Plaintiff may serve interrogatories pursuant to Fed. R. Civ. P. 26 and 33 and Defendants shall provide written responses to Plaintiff's counsel within fourteen (14) days of service.

b. Plaintiff may serve document production requests pursuant to Fed. R. Civ. P. 26 and 34 and Defendants, their respective officers, employees, agents,

servants, and attorneys and all persons in active concert or participation with any of them shall respond to such requests and produce all documents to Plaintiff's counsel within fourteen (14) days of service.

c. Within fifteen (15) days of service, all Third-Party Service Providers shall provide Plaintiff's counsel with all documents and records in its possession, custody, or control relating to Defendants' User Accounts and Defendants' Merchant Storefronts, including, without limitation, documents and records relating to:

   i. any and all User Accounts and Defendants' Merchant Storefronts and account details, including, without limitation, identifying information and account numbers for any and all User Accounts and Defendants' Merchant Storefronts that Defendants have ever had and/or currently maintain with the Third-Party Service Providers;

   ii. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated email addresses; and

   iii. Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Merchant Storefronts and Defendants' Financial Accounts, as well as

7

providing a full accounting of Defendants' sales and listing history related to their respective Merchant Storefronts;

    iv. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors, other financial institutions, other merchant account providers, payment providers, third party processors, and credit card associations; and

    v. Defendants' manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale and/or selling of Counterfeit Products, or any other products bearing the GAOARA Mark and/or marks that are confusingly similar to, identical to and constitute an infringement of the GAOARA Mark.

d. Within fifteen (15) days days of service, Financial Institutions shall provide Plaintiff's counsel with all documents and records in their possession, custody, or control relating to any and all of Defendants' Financial Accounts, User Accounts, and Merchant Storefronts, including, without limitation, any documents and records relating to:

    i. account numbers;

    ii. current account balances;

iii. any and all deposits and withdrawals from each and every of Defendants' Financial Accounts and any and all supporting documentation, including, but not limited to, deposit slips, withdrawal slips, cancelled checks, and account statements;

iv. any and all wire transfers into each and every of Defendants' Financial Accounts, including, but not limited to, documents sufficient to show the identity of the destination of the transferred funds, the identity of the beneficiary's bank and the beneficiary's account number;

v. any and all User Accounts and account details, including, without limitation, identifying information and account numbers for any and all User Accounts that Defendants have ever had and/or currently maintain;

vi. any and all account opening documents and records, including, but not limited to, account applications, signature cards, identification documents, and if a business entity, any and all business documents provided for the opening of each and every of Defendants' Financial Accounts;

vii. any and all identifying information for Defendants and Defendants' User Accounts, including names, addresses and contact information; and

viii. the identities, location and contact information, including any and all email addresses, of Defendants, their respective officers,

      employees, agents, servants and all persons in active concert or participation with any of them.

  e. Plaintiff may issue any such expedited discovery requests via email.

7. The alternative means of service previously authorized in the TRO pursuant to Fed. R. Civ. P. 4(f)(3) shall remain in place throughout the pendency of this litigation, including that:

  a. Service on Defendants may be made, and shall be deemed effective, by sending an email containing a PDF copy of this Order, or a link to a site from which a PDF copy of this Order can be securely downloaded, to Defendants at the email addresses provided for them pursuant to the TRO.

  b. The combination of providing notice via electronic means, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

  c. Service on Third-Party Service Providers and Financial Institutions may be made, and shall be deemed effective, by sending an email containing a PDF copy of this Order, or a link to a site from which a such PDF copy may be securely downloaded, to them or their attorneys.

  d. Plaintiff may continue to use such alternative methods of service to serve Defendants, Third-Party Service Providers and Financial Institutions with this Order, and any future motions or Orders, and such alternative service

shall be deemed effective as to Defendants, Third-Party Service Providers, and Financial Institutions throughout the pendency of this litigation.

8. Defendants are hereby given notice that they may be deemed to have actual notice of the terms of this Order and any act by them or anyone of them in violation of this Order may be considered and prosecuted as in contempt of this Court.

9. Any Defendant that is subject to this Order may appear and move to dissolve or modify the Order with notice to Plaintiff's counsel and as permitted by and in compliance with the Federal Rules of Civil Procedure and the local rules of the Southern District of New York.

10. The $5,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this preliminary injunction order is terminated.

SO ORDERED.

Dated:    November 4, 2022
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

# Schedule A

| Defendant Online Marketplaces |||
|---|---|---|
| **No.** | **Defendant** | **Merchant Storefront URL** |
| 1 | 88WW0011 | https://www.wish.com/merchant/5a54b3d2edd44248bdb8a1b6 |
| 2 | 16535373575 | https://www.wish.com/merchant/5d54d6f33db43e5248358525 |
| 3 | 16535373610 | https://www.wish.com/merchant/5d5f8caabd01a85e7d39bca8 |
| 4 | ada electric mosquito swater | https://www.wish.com/merchant/5d55261c41ed5156a4cd5e0c |
| 5 | agykeluosi | https://www.wish.com/merchant/5d54bd60dfe13531d728f9a7 |
| 6 | ANG YO Ladies'Underwear Shop | https://www.wish.com/merchant/5d561ec833f0b456b0f70293 |
| 7 | anshuangyi5902 | https://www.wish.com/merchant/5b9744095fd9450801ce2503 |
| 8 | APINUNU | https://www.wish.com/merchant/5d5f8d8f40defd611a023d23 |
| 9 | arrjjun | https://www.wish.com/merchant/5e69d8ee290ddd0700359b28 |
| 10 | automoviles ligeros | https://www.wish.com/merchant/5f8e3c82ab096eec145a15cf |
| 11 | Buglionegerardus | https://www.wish.com/merchant/5f7357b81bbd827c6ff763a4 |
| 12 | Cartega | https://www.wish.com/merchant/5dca260029e7861b08c9d50c |
| 13 | cdubsok | https://www.wish.com/merchant/5b8e0e907b65be4f5946635b |
| 14 | chenminkeluosi | https://www.wish.com/merchant/5d55035e41ed51473dcd5de7 |
| 15 | Clock envelope | https://www.wish.com/merchant/5d5383a61d9a8e612bfe8779 |
| 16 | comandocompany | https://www.wish.com/merchant/5f7de214ce8b08004a4c64a0 |
| 17 | DAVCO | https://www.wish.com/merchant/5f766f5f5810050050f7dd8d |
| 18 | dbtkeluosi | https://www.wish.com/merchant/5d4facb4933fb16bdeb86ef7 |
| 19 | Deep love gril | https://www.wish.com/merchant/5d5791b61d862959ab42ec27 |
| 20 | dhyuq | https://www.wish.com/merchant/5d55338141ed515b8acd6270 |
| 21 | Diaoys baby inner | https://www.wish.com/merchant/5d5662771d86295dab377e18 |
| 22 | dpcq200 | https://www.wish.com/merchant/5d4fa3ec152754483bad4f28 |
| 23 | Dreamming foot bath | https://www.wish.com/merchant/5d552c5a560eca4602d3ee6f |
| 24 | dwj3f0tu | https://www.wish.com/merchant/5f7ef0e2acc4bc859cb267b2 |
| 25 | Easing coffee machine | https://www.wish.com/merchant/5d560b350ed6962b0e876f6f |
| 26 | electrocoagulation | https://www.wish.com/merchant/5f9066e58e4f021206354986 |
| 27 | fengmingkun | https://www.wish.com/merchant/5d60ba5a40defd5e5f888265 |
| 28 | Flavored tip | https://www.wish.com/merchant/5d56055b560eca2b2202a0b3 |
| 29 | Funny blonde | https://www.wish.com/merchant/5d5510a0a7c373402f4dd19b |
| 30 | gerhxcop | https://www.wish.com/merchant/5b9219590757f116461cee6f |
| 31 | gjlkeluosi | https://www.wish.com/merchant/5d54baa01527545c8cb922d8 |
| 32 | GO go go world | https://www.wish.com/merchant/5d5601e60ed6962a37875cde |

| 33 | guanxiaoting | https://www.wish.com/merchant/5d54f16940defd3ed7ab6a74 |
|---|---|---|
| 34 | guomeilxl | https://www.wish.com/merchant/5aa38a814f6b4931a51f942a |
| 35 | guzhengmao | https://www.wish.com/merchant/596dafa9905fdb3146b169af |
| 36 | historia contada | https://www.wish.com/merchant/5f8def471c8085ffcbf16487 |
| 37 | hjinfw | https://www.wish.com/merchant/5d550b4433f0b45ce2457905 |
| 38 | HTGR Men's Clothing Shop | https://www.wish.com/merchant/5d63d10344b36e1c4123de22 |
| 39 | huajiaosi | https://www.wish.com/merchant/5d55448d7ad2422af8849869 |
| 40 | huangjiam | https://www.wish.com/merchant/5d60c87e07cc8d32c4fc5fd7 |
| 41 | huiduhuijin | https://www.wish.com/merchant/5d567030560eca5643029fc0 |
| 42 | hyifg6df | https://www.wish.com/merchant/5d553841a7c3734ff34dd227 |
| 43 | incantation | https://www.wish.com/merchant/5f906051fa517f9ca5168b0b |
| 44 | Inversies Tecno G | https://www.wish.com/merchant/5f79e254cd233df592f87776 |
| 45 | inversiones 85 | https://www.wish.com/merchant/5f6bd97440e7a2fe61db7e8b |
| 46 | jinchengs | https://www.wish.com/merchant/5f16754da5524b848811954f |
| 47 | jins5s | https://www.wish.com/merchant/5d60c77a07cc8d39acfc314e |
| 48 | jius5x | https://www.wish.com/merchant/5d60c796560eca1726637a89 |
| 49 | jkbnjkui | https://www.wish.com/merchant/5fa278301908972337368175 |
| 50 | Joanna's marketplace | https://www.wish.com/merchant/5f761dff7736b595ff1f4fdb |
| 51 | jonnhlao | https://www.wish.com/merchant/5d5525e90447504d55a7548b |
| 52 | juahuangyiuduon | https://www.wish.com/merchant/5a1d5d7b7a4f3b6af6ba0745 |
| 53 | keluosimagic | https://www.wish.com/merchant/5d3ea24472b0c927cb1ea4f0 |
| 54 | kool kool beef | https://www.wish.com/merchant/5d55e65e560eca1ab98bc135 |
| 55 | LiKai Student Goods Shop | https://www.wish.com/merchant/5d4cd8dc5575bf150ab5f918 |
| 56 | liminkeluosi | https://www.wish.com/merchant/5d550b5541ed514aabcd5f90 |
| 57 | Lisa's love cabin | https://www.wish.com/merchant/5b7654d1b60999243327657c |
| 58 | Lisbeth nails | https://www.wish.com/merchant/5f6bdd5bd2741900455fb0a8 |
| 59 | liyiliyi | https://www.wish.com/merchant/596a033dd4cc347910778478 |
| 60 | lizhonghao | https://www.wish.com/merchant/5a757ce0823a3e70273203e3 |
| 61 | llysh457 | https://www.wish.com/merchant/5e69df52d8fefc3342624aa4 |
| 62 | lshstrong | https://www.wish.com/merchant/5d54c5ecddfca77434aeb27a |
| 63 | luis12 | https://www.wish.com/merchant/5f6f3f32c4fbcd949ffed863 |
| 64 | lukingyousi | https://www.wish.com/merchant/5d43f02083889754403dd2fb |
| 65 | luozhiwei | https://www.wish.com/merchant/5d5538c040defd3782ac952a |
| 66 | lwrbeauty | https://www.wish.com/merchant/5d4cd6ea5a315742216cd46e |
| 67 | maopei | https://www.wish.com/merchant/5d55416a33f0b474824575fe |
| 68 | Maries Market Shop | https://www.wish.com/merchant/5f7b888c2b925b04e53d1b4b |
| 69 | Market Global Crys | https://www.wish.com/merchant/5f7ce5b3a59b115c60cdf114 |
| 70 | Marmolería Jhony | https://www.wish.com/merchant/5f68b576026deeef8940448a |

| 71  | MASTERMIG | https://www.wish.com/merchant/5f7b7dcfa587ae003d4a1c00 |
| --- | --- | --- |
| 72  | MMJR BBB Women's Shoe Shop | https://www.wish.com/merchant/5d639438ec136c2dba25f34f |
| 73  | MMNBH Ladies'Clothing Shop | https://www.wish.com/merchant/5d564a9440defd51913d56fe |
| 74  | Moon And Sun Pen Store | https://www.wish.com/merchant/5d427dc783889708242904ca |
| 75  | Night dress hat | https://www.wish.com/merchant/5d5769ac4dd91b3e806a7772 |
| 76  | nikhe | https://www.wish.com/merchant/5d5500b840defd444cab6cee |
| 77  | Noyse peetle | https://www.wish.com/merchant/5d57a72b560eca4265edb897 |
| 78  | obligatory | https://www.wish.com/merchant/5b8a2bcb2eb51f43742fe82c |
| 79  | pangyuhuan | https://www.wish.com/merchant/577b852b5f096a4060286ceb |
| 80  | Pearson Dental supply | https://www.wish.com/merchant/5f76a01473eb9a4ae019aa83 |
| 81  | phim712354 | https://www.wish.com/merchant/5f7436a6f8f856a678c7a733 |
| 82  | Pocoler Werdanfor enafuy | https://www.wish.com/merchant/5d63b10cec136c381a25f413 |
| 83  | podsopiern | https://www.wish.com/merchant/5e6487fe9828651e1e847853 |
| 84  | Powder image cloud moon | https://www.wish.com/merchant/5b8a2ba89996c872379a5bd4 |
| 85  | propenylbenzene | https://www.wish.com/merchant/5f906cef9a66968552f0b76c |
| 86  | Qander Victer niaery | https://www.wish.com/merchant/5d6374a7283abc523f4ddf50 |
| 87  | QINQINXIAOBAOBEI | https://www.wish.com/merchant/5a55fa846839ea112be83dea |
| 88  | qinseshengshengxiao | https://www.wish.com/merchant/5aa394fbaac71f3f60976f5f |
| 89  | qiuqiunikk | https://www.wish.com/merchant/5a7b10e8c989493b3d2e1c49 |
| 90  | qonglong | https://www.wish.com/merchant/5b966f961e9eea3a61ee42e2 |
| 91  | quanyajun | https://www.wish.com/merchant/5a9e935fc989491b5023a9ee |
| 92  | quartzsshoppp | https://www.wish.com/merchant/5b8e3b31c604cd1eb64ed2f0 |
| 93  | Quisthedwinsdes | https://www.wish.com/merchant/5e58c8a26fa77905c30371b5 |
| 94  | Randow Safu Celary Mitee | https://www.wish.com/merchant/5d63b333df79dd6201dd08fd |
| 95  | Rosefed | https://www.wish.com/merchant/5f8ea0f96406b850d808933f |
| 96  | Sepple sheely | https://www.wish.com/merchant/5d57811740defd4c80acc7fe |
| 97  | shengbinsaiyarensas | https://www.wish.com/merchant/5a9bc1e89c15ff29f6137314 |
| 98  | Small Lukapei Telida | https://www.wish.com/merchant/5f5c6fc841512a9a860bc712 |
| 99  | SMYOU | https://www.wish.com/merchant/5b30ced76119344ec8962686 |
| 100 | sngwg | https://www.wish.com/merchant/5d5534797ad24224988499c9 |
| 101 | snkgne | https://www.wish.com/merchant/5d552cb540defd56b7ab6a2b |
| 102 | Sport boat | https://www.wish.com/merchant/5d563a2a40defd41c03d97c9 |
| 103 | sulihong | https://www.wish.com/merchant/5a631246edd4421885e01cd0 |
| 104 | Taiyang92 | https://www.wish.com/merchant/5b7a8ba315294c157d6a2774 |
| 105 | TimothyWFolsom | https://www.wish.com/merchant/5f75d994a844ab41840d95f0 |
| 106 | TTosg | https://www.wish.com/merchant/5b7e2a8a940ae11fdb575594 |

| 107 | tudinguilin | https://www.wish.com/merchant/5d562d6740defd46f93d557c |
|---|---|---|
| 108 | unbaptized | https://www.wish.com/merchant/5f904e0261c72253ffe84d4b |
| 109 | Wall Crosk Market | https://www.wish.com/merchant/5f6ae32e463481418c7a16d5 |
| 110 | WEI WEI Ladies'Underwear Shop | https://www.wish.com/merchant/5d4ba57b7ad2422c4146d767 |
| 111 | xiaoyanyanstore | https://www.wish.com/merchant/5a75ad64ccf0c873bdd7f427 |
| 112 | xlkeluosi | https://www.wish.com/merchant/5d54bc0eddfca770f7aeb158 |
| 113 | xtuanzi | https://www.wish.com/merchant/5f18fcbb025aa4e17df21469 |
| 114 | yankuistore | https://www.wish.com/merchant/5a33a745b72a6b5f7e9a5095 |
| 115 | Yerf AKw | https://www.wish.com/merchant/5f6fd4af90acca085a9a6c01 |
| 116 | yinzhoushowtime | https://www.wish.com/merchant/5d4fa429933fb16bdeb85fbb |
| 117 | YouqingTianhou | https://www.wish.com/merchant/5a26a5929fbc5174df3b94b8 |
| 118 | Yuky cooking machine | https://www.wish.com/merchant/5d565670a7c37349f473cbef |
| 119 | yuntuyuelian | https://www.wish.com/merchant/5d56962640defd6d063d5bd0 |
| 120 | yuyanshi | https://www.wish.com/merchant/5b7b7fc091d00445d30763ca |
| 121 | zhangwei046 | https://www.wish.com/merchant/5992fe7f0ec30f4d80993744 |
| 122 | zhongliyan | https://www.wish.com/merchant/5d5639de40defd4b713d55b6 |
| 123 | zhouxukeluosi | https://www.wish.com/merchant/5d54df1a41ed5139bdcd5d57 |
| 124 | zhuzhuabcd | https://www.wish.com/merchant/5d4fa490933fb16bb3b8468b |
| 125 | zwdboy | https://www.wish.com/merchant/5d54cb713db43e4e863580a5 |
| 126 | ZZXEE Women's clothing store | https://www.wish.com/merchant/5d6369e540defd6c76888244 |