UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NINGBO QINGE E-COMMERCE CO., LTD.,

        Plaintiff,

        -v.-

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

        Defendants.

22 Civ. 6469 (KPF)

**DEFAULT JUDGMENT**

---

KATHERINE POLK FAILLA, District Judge:

The matter comes before the Court upon request by Plaintiff Ningbo Qinge E-Commerce Co. Ltd. ("Plaintiff"), brought by an Order to Show Cause for the entry of a final judgment and permanent injunction against the Defendants.

WHEREAS, this action was commenced by Plaintiff against the fully interactive e-commerce merchant storefronts operating under seller aliases, each identified on Schedule A attached hereto (collectively, "Defendants") for, *inter alia*, trademark counterfeiting claims arising out of Defendants' unauthorized use of Plaintiff's federally registered trademark ("GAOARA Mark"), including their manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, and/or selling counterfeit products ("Counterfeit Products");

WHEREAS, this Court has personal jurisdiction over Defendants because Defendants directly target their business activities to consumers in the United States, including New York;

WHEREAS, this Court entered a temporary restraining order and

preliminary injunction against Defendants;

WHEREAS, Plaintiffs has properly completed service of process on Defendants and notice has properly been given to Defendants to apprise them of the pendency of the action and affording them the opportunity to answer and present their objections;

WHEREAS, none of the Defendants have answered the Complaint or appeared in any way, and the time for answering the Complaint has expired,

WHEREAS, pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Court Ordered Defendants to show cause as to why a default judgment and permanent injunction should not be issued at a hearing on May 24, 2023, at 2:00 p.m. (the "OTSC Hearing");

WHEREAS, Defendants failed to appear at the OTSC Hearing; and

WHEREAS, this Court, having considered the Memorandum of Law and Affidavit of Qinghe Liu in support of Plaintiff's Motion for a Default Judgment, the Affidavit of Service of the Summons and Complaint, and the Clerk of Court's Certificate of Default stating that no answer has been filed in this action, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Default judgment is hereby entered against Defendants for trademark infringement and counterfeiting pursuant to 15 U.S.C. § 1114, false designation of origin pursuant to 15 U.S.C. § 1125(a), and unfair competition under New York common law, as properly pleaded in the Complaint.

2. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages

from each of the Defendants in the amount of $20,000 for willful counterfeiting.

3. Defendants, their respective officers, agents, servants, employees, and all persons acting in concert with or under the direction of Defendants, who receive actual notice of this Order are permanently enjoined and restrained from:

    a. directly or indirectly infringing the GAOARA Mark in any manner;

    b. using the GAOARA Mark on or in connection with the manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling, and/or otherwise dealing in counterfeit products;

    c. using any reproductions, counterfeit copies, or colorable imitations of the GAOARA Mark to identify any good or service that is not a genuine product or that is not authorized by Plaintiff;

    d. secreting, concealing, destroying, altering, selling off, transferring, or otherwise disposing of, and/or dealing with Counterfeit Products and any computer files, data, business records, documents, other records or evidence relating to Defendants' manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of the Counterfeit Products, whether by Defendants or their respective officers, employees, agents, servants and all persons in active concert or participation with any of them; and

e. effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other e-commerce platform, user accounts, merchant storefronts, or other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale, and/or sale of Counterfeit Products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order.

4. Pursuant to 15 U.S.C. § 1118, Defendants shall deliver to Plaintiff for destruction all Counterfeit Products, packaging, labels, tags, advertising, and promotional materials and any other materials in their possession, custody, or control that infringe any of Plaintiff's trademarks, including the GAOARA Mark or any marks that are confusingly or substantially similar.

5. Third-party provider e-commerce platforms and payment processors previously notified of this action, including ContextLogic, Inc. (d/b/a Wish), are permanently enjoined and restrained from:

    a. secreting, concealing, transferring, disposing of, withdrawing, encumbering, or paying any of the Defendants' assets previously restrained pursuant to the TRO ("Frozen Assets") from or to Defendants until further ordered by this Court;

    b. secreting, concealing, destroying, altering, selling off, transferring, or otherwise disposing of and/or dealing with any computer files, data, business records, documents or any other records or evidence

      relating to Defendants' Frozen Assets and Defendants' accounts;

    c. providing services to Defendants or Defendants' user accounts, financial accounts, and merchant storefronts; and

    d. knowingly instructing, aiding, or abetting any other person or business entity in engaging in any of the activities referred to above in subparagraphs 3(a) through 3(e) and in subparagraphs 5(a) through 5(c).

6. Plaintiff may serve restraining notices pursuant to NY CPLR § 5222.

7. The 30-day automatic stay on enforcing Plaintiff's judgment under Fed. R. Civ. Pro. 62(a) is hereby dissolved.

8. The five-thousand dollars ($5,000) security bond posted by Plaintiff is hereby released and the Clerk of the Court is directed to return such to Plaintiff or Plaintiff's counsel, Celeblaws, P.A., at 5050 West Colonial Drive, Orlando, Florida 32808.

9. Any Defendant may move to dissolve or modify this Order upon showing of good cause as permitted by the Federal Rules of Civil Procedure.

10. Any failure by Defendants to comply with the terms of this Order shall be deemed contempt of Court.

11. This Court shall retain jurisdiction over this matter and the parties to construe and enforce this Order.

The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

SO ORDERED.

Dated:    June 13, 2023
             New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge

**Ningbo Qinge E-Commerce Co., Ltd. v.**
**The Partnerships And Unincorporated Associations Identified On Schedule "A"**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No. | Name / Seller Alias | Merchant Storefront URL |
| 1 | 88WW0011 | https://www.wish.com/merchant/5a54b3d2edd44248bdb8a1b6 |
| 2 | 16535373575 | https://www.wish.com/merchant/5d54d6f33db43e5248358525 |
| 3 | 16535373610 | https://www.wish.com/merchant/5d5f8caabd01a85e7d39bca8 |
| 4 | ada electric mosquito swater | https://www.wish.com/merchant/5d55261c41ed5156a4cd5e0c |
| 5 | agykeluosi | https://www.wish.com/merchant/5d54bd60dfe13531d728f9a7 |
| 6 | ANG YO Ladies'Underwear Shop | https://www.wish.com/merchant/5d561ec833f0b456b0f70293 |
| 7 | anshuangyi5902 | https://www.wish.com/merchant/5b9744095fd9450801ce2503 |
| 8 | APINUNU | https://www.wish.com/merchant/5d5f8d8f40defd611a023d23 |
| 9 | arrjjun | https://www.wish.com/merchant/5e69d8ee290ddd0700359b28 |
| 10 | automoviles ligeros | https://www.wish.com/merchant/5f8e3c82ab096eec145a15cf |
| 11 | Buglionegerardus | https://www.wish.com/merchant/5f7357b81bbd827c6ff763a4 |
| 12 | Cartega | https://www.wish.com/merchant/5dca260029e7861b08c9d50c |
| 13 | cdubsok | https://www.wish.com/merchant/5b8e0e907b65be4f5946635b |
| 14 | chenminkeluosi | https://www.wish.com/merchant/5d55035e41ed51473dcd5de7 |
| 15 | Clock envelope | https://www.wish.com/merchant/5d5383a61d9a8e612bfe8779 |
| 16 | comandocompany | https://www.wish.com/merchant/5f7de214ce8b08004a4c64a0 |
| 17 | DAVCO | https://www.wish.com/merchant/5f766f5f5810050050f7dd8d |
| 18 | dbtkeluosi | https://www.wish.com/merchant/5d4facb4933fb16bdeb86ef7 |
| 19 | Deep love gril | https://www.wish.com/merchant/5d5791b61d862959ab42ec27 |
| 20 | dhyuq | https://www.wish.com/merchant/5d55338141ed515b8acd6270 |
| 21 | Diaoys baby inner | https://www.wish.com/merchant/5d5662771d86295dab377e18 |
| 22 | dpcq200 | https://www.wish.com/merchant/5d4fa3ec152754483bad4f28 |
| 23 | Dreamming foot bath | https://www.wish.com/merchant/5d552c5a560eca4602d3ee6f |
| 24 | dwj3f0tu | https://www.wish.com/merchant/5f7ef0e2acc4bc859cb267b2 |
| 25 | Easing coffee machine | https://www.wish.com/merchant/5d560b350ed6962b0e876f6f |
| 26 | electrocoagulation | https://www.wish.com/merchant/5f9066e58e4f021206354986 |
| 27 | fengmingkun | https://www.wish.com/merchant/5d60ba5a40defd5e5f888265 |
| 28 | Flavored tip | https://www.wish.com/merchant/5d56055b560eca2b2202a0b3 |
| 29 | Funny blonde | https://www.wish.com/merchant/5d5510a0a7c373402f4dd19b |

| 30 | gerhxcop | https://www.wish.com/merchant/5b9219590757f116461cee6f |
| --- | --- | --- |
| 31 | gjlkeluosi | https://www.wish.com/merchant/5d54baa01527545c8cb922d8 |
| 32 | GO go go world | https://www.wish.com/merchant/5d5601e60ed6962a37875cde |
| 33 | guanxiaoting | https://www.wish.com/merchant/5d54f16940defd3ed7ab6a74 |
| 34 | guomeilxl | https://www.wish.com/merchant/5aa38a814f6b4931a51f942a |
| 35 | guzhengmao | https://www.wish.com/merchant/596dafa9905fdb3146b169af |
| 36 | historia contada | https://www.wish.com/merchant/5f8def471c8085ffcbf16487 |
| 37 | hjinfw | https://www.wish.com/merchant/5d550b4433f0b45ce2457905 |
| 38 | HTGR Men's Clothing Shop | https://www.wish.com/merchant/5d63d10344b36e1c4123de22 |
| 39 | huajiaosi | https://www.wish.com/merchant/5d55448d7ad2422af8849869 |
| 40 | huangjiam | https://www.wish.com/merchant/5d60c87e07cc8d32c4fc5fd7 |
| 41 | huiduhuijin | https://www.wish.com/merchant/5d567030560eca5643029fc0 |
| 42 | hyifg6df | https://www.wish.com/merchant/5d553841a7c3734ff34dd227 |
| 43 | incantation | https://www.wish.com/merchant/5f906051fa517f9ca5168b0b |
| 44 | Inversies Tecno G | https://www.wish.com/merchant/5f79e254cd233df592f87776 |
| 45 | inversiones 85 | https://www.wish.com/merchant/5f6bd97440e7a2fe61db7e8b |
| 46 | jinchengs | https://www.wish.com/merchant/5f16754da5524b848811954f |
| 47 | jins5s | https://www.wish.com/merchant/5d60c77a07cc8d39acfc314e |
| 48 | jius5x | https://www.wish.com/merchant/5d60c796560eca1726637a89 |
| 49 | jkbnjkui | https://www.wish.com/merchant/5fa278301908972337368175 |
| 50 | Joanna's marketplace | https://www.wish.com/merchant/5f761dff7736b595ff1f4fdb |
| 51 | jonnhlao | https://www.wish.com/merchant/5d5525e90447504d55a7548b |
| 52 | juahuangyiuduon | https://www.wish.com/merchant/5a1d5d7b7a4f3b6af6ba0745 |
| 53 | keluosimagic | https://www.wish.com/merchant/5d3ea24472b0c927cb1ea4f0 |
| 54 | kool kool beef | https://www.wish.com/merchant/5d55e65e560eca1ab98bc135 |
| 55 | LiKai Student Goods Shop | https://www.wish.com/merchant/5d4cd8dc5575bf150ab5f918 |
| 56 | liminkeluosi | https://www.wish.com/merchant/5d550b5541ed514aabcd5f90 |
| 57 | Lisa's love cabin | https://www.wish.com/merchant/5b7654d1b60999243327657c |
| 58 | Lisbeth nails | https://www.wish.com/merchant/5f6bdd5bd2741900455fb0a8 |
| 59 | liyiliyi | https://www.wish.com/merchant/596a033dd4cc347910778478 |
| 60 | lizhonghao | https://www.wish.com/merchant/5a757ce0823a3e70273203e3 |
| 61 | llysh457 | https://www.wish.com/merchant/5e69df52d8fefc3342624aa4 |
| 62 | lshstrong | https://www.wish.com/merchant/5d54c5ecddfca77434aeb27a |
| 63 | luis12 | https://www.wish.com/merchant/5f6f3f32c4fbcd949ffed863 |
| 64 | lukingyousi | https://www.wish.com/merchant/5d43f02083889754403dd2fb |
| 65 | luozhiwei | https://www.wish.com/merchant/5d5538c040defd3782ac952a |
| 66 | lwrbeauty | https://www.wish.com/merchant/5d4cd6ea5a315742216cd46e |
| 67 | maopei | https://www.wish.com/merchant/5d55416a33f0b474824575fe |

| | | |
|---|---|---|
| 68 | Maries Market Shop | https://www.wish.com/merchant/5f7b888c2b925b04e53d1b4b |
| 69 | Market Global Crys | https://www.wish.com/merchant/5f7ce5b3a59b115c60cdf114 |
| 70 | Marmolería Jhony | https://www.wish.com/merchant/5f68b576026deeef8940448a |
| 71 | MASTERMIG | https://www.wish.com/merchant/5f7b7dcfa587ae003d4a1c00 |
| 72 | MMJR BBB Women's Shoe Shop | https://www.wish.com/merchant/5d639438ec136c2dba25f34f |
| 73 | MMNBH Ladies'Clothing Shop | https://www.wish.com/merchant/5d564a9440defd51913d56fe |
| 74 | Moon And Sun Pen Store | https://www.wish.com/merchant/5d427dc783889708242904ca |
| 75 | Night dress hat | https://www.wish.com/merchant/5d5769ac4dd91b3e806a7772 |
| 76 | nikhe | https://www.wish.com/merchant/5d5500b840defd444cab6cee |
| 77 | Noyse peetle | https://www.wish.com/merchant/5d57a72b560eca4265edb897 |
| 78 | obligatory | https://www.wish.com/merchant/5b8a2bcb2eb51f43742fe82c |
| 79 | pangyuhuan | https://www.wish.com/merchant/577b852b5f096a4060286ceb |
| 80 | Pearson Dental supply | https://www.wish.com/merchant/5f76a01473eb9a4ae019aa83 |
| 81 | phim712354 | https://www.wish.com/merchant/5f7436a6f8f856a678c7a733 |
| 82 | Pocoler Werdanfor enafuy | https://www.wish.com/merchant/5d63b10cec136c381a25f413 |
| 83 | podsopiern | https://www.wish.com/merchant/5e6487fe9828651e1e847853 |
| 84 | Powder image cloud moon | https://www.wish.com/merchant/5b8a2ba89996c872379a5bd4 |
| 85 | propenylbenzene | https://www.wish.com/merchant/5f906cef9a66968552f0b76c |
| 86 | Qander Victer niaery | https://www.wish.com/merchant/5d6374a7283abc523f4ddf50 |
| 87 | QINQINXIAOBAOBEI | https://www.wish.com/merchant/5a55fa846839ea112be83dea |
| 88 | qinseshengshengxiao | https://www.wish.com/merchant/5aa394fbaac71f3f60976f5f |
| 89 | qiuqiunikk | https://www.wish.com/merchant/5a7b10e8c989493b3d2e1c49 |
| 90 | qonglong | https://www.wish.com/merchant/5b966f961e9eea3a61ee42e2 |
| 91 | quanyajun | https://quanyajun.www.wish.com/merchant/5a9e935fc989491b5023a9ee |
| 92 | quartzsshoppp | https://www.wish.com/merchant/5b8e3b31c604cd1eb64ed2f0 |
| 93 | Quisthedwinsdes | https://www.wish.com/merchant/5e58c8a26fa77905c30371b5 |
| 94 | Randow Safu Celary Mitee | https://www.wish.com/merchant/5d63b333df79dd6201dd08fd |
| 95 | Rosefed | https://www.wish.com/merchant/5f8ea0f96406b850d808933f |
| 96 | Sepple sheely | https://www.wish.com/merchant/5d57811740defd4c80acc7fe |
| 97 | shengbinsaiyarensas | https://www.wish.com/merchant/5a9bc1e89c15ff29f6137314 |
| 98 | Small Lukapei Telida | https://www.wish.com/merchant/5f5c6fc841512a9a860bc712 |
| 99 | SMYOU | https://www.wish.com/merchant/5b30ced76119344ec8962686 |
| 100 | sngwg | https://www.wish.com/merchant/5d5534797ad24224988499c9 |
| 101 | snkgne | https://www.wish.com/merchant/5d552cb540defd56b7ab6a2b |
| 102 | Sport boat | https://www.wish.com/merchant/5d563a2a40defd41c03d97c9 |
| 103 | sulihong | https://www.wish.com/merchant/5a631246edd4421885e01cd0 |

| 104 | Taiyang92 | https://www.wish.com/merchant/5b7a8ba315294c157d6a2774 |
|---|---|---|
| 105 | TimothyWFolsom | https://www.wish.com/merchant/5f75d994a844ab41840d95f0 |
| 106 | TTosg | https://www.wish.com/merchant/5b7e2a8a940ae11fdb575594 |
| 107 | tudinguilin | https://www.wish.com/merchant/5d562d6740defd46f93d557c |
| 108 | unbaptized | https://www.wish.com/merchant/5f904e0261c72253ffe84d4b |
| 109 | Wall Crosk Market | https://www.wish.com/merchant/5f6ae32e463481418c7a16d5 |
| 110 | WEI WEI Ladies'Underwear Shop | https://www.wish.com/merchant/5d4ba57b7ad2422c4146d767 |
| 111 | xiaoyanyanstore | https://www.wish.com/merchant/5a75ad64ccf0c873bdd7f427 |
| 112 | xlkeluosi | https://www.wish.com/merchant/5d54bc0eddfca770f7aeb158 |
| 113 | xtuanzi | https://www.wish.com/merchant/5f18fcbb025aa4e17df21469 |
| 114 | yankuistore | https://www.wish.com/merchant/5a33a745b72a6b5f7e9a5095 |
| 115 | Yerf AKw | https://www.wish.com/merchant/5f6fd4af90acca085a9a6c01 |
| 116 | yinzhoushowtime | https://www.wish.com/merchant/5d4fa429933fb16bdeb85fbb |
| 117 | YouqingTianhou | https://www.wish.com/merchant/5a26a5929fbc5174df3b94b8 |
| 118 | Yuky cooking machine | https://www.wish.com/merchant/5d565670a7c37349f473cbef |
| 119 | yuntuyuelian | https://www.wish.com/merchant/5d56962640defd6d063d5bd0 |
| 120 | yuyanshi | https://www.wish.com/merchant/5b7b7fc091d00445d30763ca |
| 121 | zhangwei046 | https://www.wish.com/merchant/5992fe7f0ec30f4d80993744 |
| 122 | zhongliyan | https://www.wish.com/merchant/5d5639de40defd4b713d55b6 |
| 123 | zhouxukeluosi | https://www.wish.com/merchant/5d54df1a41ed5139bdcd5d57 |
| 124 | zhuzhuabcd | https://www.wish.com/merchant/5d4fa490933fb16bb3b8468b |
| 125 | zwdboy | https://www.wish.com/merchant/5d54cb713db43e4e863580a5 |
| 126 | ZZXEE Women's clothing store | https://www.wish.com/merchant/5d6369e540defd6c76888244 |